IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MILES LEWIS JOHNSON, JR.,         *

    Petitioner,               *

vs.                               *
                                    CASE NO. 3:07-CV-112 (CDL)
RALPH KEMP,                       *

    Respondent.               *

_____   *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 15, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of August, 2008.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE